

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00002-CV

**IN THE INTEREST OF A.H.L.**, N.J.L., and S.U., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00021
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

It is so **ORDERED** on March 23, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
Michael A. Cruz, Clerk of Court